IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MIA TOWNS, #188431, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:09cv466-TMH |
| | ) |
| CYNTHIA WHEELER-WHITE, | ) |
| WARDEN, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER AND OPINION**

On June 1, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 2). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).[1]

---

[1] Petitioner has not filed an affidavit in support of a request for leave to proceed *in forma pauperis* nor has she submitted the $5.00 filing fee. Under the circumstances of this case, however, decisions related to petitioner's *in forma pauperis* satus, including the assessment and collection of any filing fee, should be undertaken by the United States District Court for the Northern District of Alabama.

Done this the 23rd day of June, 2009.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE